# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00243 |
| | ) | Judge Haynes |
| JAMES ROBERT SANFORD | ) | |

[Handwritten order: The motion is granted. The hearing is reset for May 29, 2013 at 5:00 p.m. /s/ [judge] 3-22-13]

## MOTION TO CONTINUE SENTENCING HEARING

Through counsel, defendant James Robert Sanford moves to continue his sentencing hearing, currently set on April 8, 2013. Mr. Sanford is released on bond pending sentencing in this matter.

In support of this motion, Mr. Sanford would show the following: Defense counsel needs additional time to meet with Mr. Sanford to discuss the presentence report and to investigate and prepare several potential sentencing issues. Mr. Sanford concurs in the request for a continuance.

Both the government and defense can be available for a sentencing hearing on the following dates:

Monday, April 29, 2013

Monday, May 20, 2013

Monday, June 10, 2013.

For the reasons stated above, the defendant requests that this matter be continued.