UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00243 |
| | ) | Chief Judge Haynes |
| JAMES ROBERT SANFORD | ) | |

## MOTION OF THE GOVERNMENT FOR AN
## ACCEPTANCE OF RESPONSIBILITY DOWNWARD DEPARTURE

The United States of America (the Government), by and through its undersigned attorney, hereby moves pursuant to advisory United States Sentencing Guidelines section 3E1.1(b) for an additional one (1) level downward departure in defendant's offense level for his acceptance of responsibility. As reason for this motion, the Government states that defendant has assisted authorities in the prosecution of his own misconduct by timely notifying authorities of his intention to enter guilty pleas in this case.

Respectfully submitted,

JERRY E. MARTIN
UNITED STATES ATTORNEY

By: s/Darryl A. Stewart
    DARRYL A. STEWART
    Assistant United States Attorney
    110 Ninth Ave. South
    Suite A-961
    Nashville, Tennessee 37203
    Telephone: (615) 736-5151
    FAX: (615) 736-5323